IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TROY ALLEN TUCKER,
ADC #86899                                                                                          PLAINTIFF

v.                                          4:10CV00749GTE/JTK

JOSEPH BUCKMAN, et al.                                                                  DEFENDANTS

ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED:

1) Plaintiff shall proceed with his claims against Defendants Doc Holiday, Carl Johnson, Mrs. C. Smith, Nurse Anderson, and Nurse Washburn.

2) The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 8), summons, this Partial Recommendation, and any Order adopting this Partial Recommendation upon Defendants without prepayment of fees and costs or security therefore.

3) Plaintiff's claims against Defendants Pulaski County Detention Facility, Wright, and Lacking, are hereby DISMISSED for failure to state a claim.

4) All remaining claims and Defendants are hereby DISMISSED, without prejudice, so that Plaintiff may pursue them, if he so chooses, in a separately-filed action.

IT IS SO ORDERED this   22nd   day of September, 2010.


                                                            _/s/Garnett Thomas Eisele_____
                                                            UNITED STATES DISTRICT JUDGE