**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

TROY ALLEN TUCKER,
ADC #86899                                                                                                          PLAINTIFF

4:10-cv-00749-GTE-JTK

JOSEPH BUCKMAN, et al.                                                                              DEFENDANTS

**ORDER**

Summons was returned, unexecuted, with respect to Defendants Carl Johnson and Rhonda Anderson on October 19, 2010 (Doc. Nos. 23, 24). Defendants have provided their last-known addresses by email for security purposes. This Court will direct that the email be filed under seal, and will direct the re-issuance of service on Defendants Johnson and Anderson at the addresses noted in the email. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' email shall be placed under seal in the Clerk's Office, and that the addresses set forth in such shall not be made part of any public record.

IT IS FURTHER ORDERED that the Clerk of the Court shall prepare summons for the Defendants Carl Johnson and Rhonda Anderson, and the United States Marshal is hereby directed to serve a copy of the summons and Amended Complaint (Doc. Nos. 8) on Defendants at the addresses provided under seal, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 1st day of November, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE