**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

TROY ALLEN TUCKER					PLAINTIFF

v.					4:10-cv-00749-JTK

JOSEPH BUCKMAN, et al.					DEFENDANTS

## **ORDER**

The August 23, 2011 Pre-Jury Hearing in this matter is hereby CONTINUED.

IT IS SO ORDERED this 9th day of August, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE