**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

TROY ALLEN TUCKER                                                                                          PLAINTIFF

v.                                              4:10-cv-00749-JTK

JOSEPH BUCKMAN, et al.                                                                                DEFENDANTS

**ORDER**

The motion of attorney Frederick S. Wetzel, III, to withdraw as appointed counsel for Plaintiff (Doc. No. 77) is GRANTED. If counsel has received a copy of the file in this case, counsel is directed to return same to: United States District Court Clerk, 600 West Capitol Ave., Room A149, Little Rock, AR 72201-3325.

Pursuant to Local Rule 83.7, David Lawrence Ivers, P.O. Box 1510, Little Rock, AR 72203-1510, 501-378-7870, is hereby appointed to represent Plaintiff Troy Allen Tucker in all further proceedings in this action.

THE CLERK IS HEREBY DIRECTED to send counsel and Plaintiff a copy of this Order. Counsel is also directed to access and review Local Rule 83.7 regarding appointment of counsel, and Local Rule 83.6 regarding reimbursement of out-of-pocket expenses, through the Court's web site (www.are.uscourts.gov).[1]   Pursuant to Rule 83.7, counsel must make written application to withdraw within twenty-one (21) days; otherwise, the appointment will be effective.

---

[1] Counsel may obtain a copy of the case file on disk by contacting the Courtroom Deputy.

1

IT IS SO ORDERED this 30th day of September, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE