**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

TROY ALLEN TUCKER                                                                                                     PLAINTIFF

v.                                      4:10-cv-00749-JTK

JOSEPH BUCKMAN, et al.                                                       DEFENDANTS

## **ORDER**

      Plaintiff's Motion to Amend (Doc. No. 95) is GRANTED, pursuant to FED.R.CIV.P. 15.  In light of this Order, Defendant Johnson's Motion for Summary Judgment (Doc. No. 91) is DENIED without prejudice, subject to renewal.   The Clerk of the Court is directed to docket Exhibit A to Document No. 95 as Plaintiff's Second Amended Complaint.   No further amendments will be permitted.

      IT IS SO ORDERED this 11th day of April, 2012.

                                                                       JEROME T. KEARNEY
                                                                       UNITED STATES MAGISTRATE JUDGE