IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TROY ALLEN TUCKER                                                                                        PLAINTIFF

v.                                              4:10-cv-00749-JTK

JOSEPH BUCKMAN, et al.                                                                           DEFENDANTS

## ORDER

Plaintiffs' motion for pre-approval out-of-pocket expenses exceeding $500 for deposition costs and fees, pursuant to Local Rule 83.6 (Doc. No. 115), is hereby GRANTED.

IT IS SO ORDERED this 11th day of April, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE