## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

TROY ALLEN TUCKER                                                                             PLAINTIFF

4:10-cv-00749-JTK

JOSEPH BUCKMAN, et al.                                                                      DEFENDANTS

### ORDER

This matter is before the Court on Plaintiff's Motion for Pre-Approval of Out-of-Pocket Expenses (Doc. No. 136). In the Motion, Plaintiff's Court-appointed counsel asks for pre-approval of expenses to exceed $500 associated with retaining a qualified expert to testify on Plaintiff's behalf. However, Plaintiff's counsel does not provide the Court with a top dollar amount to consider, and absent such, the Court declines to approve the expenditure of an unknown (or un-estimated) amount. Therefore, the Motion is DENIED without prejudice.

DATED this 20th day of August, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE