# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

TROY ALLEN TUCKER                                                                PLAINTIFF

4:10-cv-00749-JTK

JOSEPH BUCKMAN, et al.                                                      DEFENDANTS

## ORDER

The Motion for Reimbursement of out-of-pocket expenses filed by Plaintiffs' appointed counsel (Doc. No. 135) is hereby GRANTED.

Having considered the Motion pursuant to the guidelines and policies of the Reimbursement of Out-of-Pocket Expenses Fund, the Court hereby orders that the Clerk of the Court distribute to the named applicant, Patrick Burrow and Quattlebaum, Grooms, Tull & Burrow PLLC, the amount of Nineteen Hundred Seventy-One Dollars and Sixty-Five Cents ($1971.65) from the Fund. A copy of this Order, together with the application, shall be placed in the Fund file maintained by the Clerk of the Court.

DATED this 20th day of August, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE