IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TROY ALLEN TUCKER                                                                                    PLAINTIFF

v.                                            4:10-cv-00749-JTK

JOSEPH BUCKMAN, et al.                                                                          DEFENDANTS

**JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED.[1] The relief sought is denied.

IT IS SO ORDERED this 20th day of December, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] As noted in the Memorandum and Order, Plaintiff's Constitutional claims against Defendants are Dismissed with prejudice, except the pain medication claim against Defendant Anderson, which is Dismissed without prejudice, for failure to exhaust. Plaintiff's state law claims are Dismissed without prejudice.